1  Anoush Hakimi (SBN 228858)
2  *anoush@handslawgroup.com*
   Peter Shahriari (SBN 237074)
3  *peter@handslawgroup.com*
4  Laura Steven (SBN 332168)
   *laura@handslawgroup.com*
5  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
6  1800 Vine Street
   Los Angeles, CA 90028
7  Telephone: (888) 635-2250
8  Facsimile: (213) 402-2170

9
   Attorneys for Plaintiff
10 **GEORGE JONES**

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: 2:21-cv-09948-PA-PD |
| Plaintiff, | Hon. Percy Anderson |
| vs. | |
| SINALOENCE FOOD PRODUCTS & SERVICES, INC., a California corporation; and DOES 1-10, | **REQUEST TO ENTER DEFAULT AGAINST DEFENDANT SINALOENCE FOOD PRODUCTS & SERVICES, INC. PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| Defendants. | |
| | Date Filed: December 27, 2021 |
| | Trial Date: Not on Calendar |

Plaintiff George Jones (hereinafter referred to as "Plaintiff") hereby requests that the Clerk of the above entitled Court enter default in this matter against defendant, Sinaloence Food Products & Services, Inc. ("Defendant"), on the ground that Defendant has failed to respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure (the "Rules").

Pursuant to Rule 4 of the Rules Plaintiff served the Summons, Complaint and other case initiating documents on Defendant on March 11, 2022 by personal service as evidenced by the proof of service attached as <u>Exhibit A</u> to the Declaration of Peter Shahriari filed concurrently herewith ("Shahriari Decl.") in Support of the Request for Entry of Default.

The applicable time limit for Defendant to respond to this action under Rule 12 of the Rules expired on April 1, 2022.

Rule 12 of the Rules dictates when a responsive pleading is due, certain defenses that may be made before filing a responsive pleading, and when and how those defenses may be raised. The only responses that are acceptable under the Rules are as follows:

1. An answer per Rule 12 (a)(1)(A) (an "Answer");
2. A motion, asserting any of the following defenses (a "12(b) Motion") per Rule 12(b):
   a. lack of subject-matter jurisdiction;

      b. lack of personal jurisdiction;

      c. improper venue;

      d. insufficient process;

      e. insufficient service of process;

      f. failure to state a claim upon which relief can be granted; and

      g. failure to join a party under Rule 19.

3. A motion for judgment on the pleadings (a "Motion for JOPL") per Rule 12(c);

4. A motion for more definitive statement (a "Motion for More Definitive Statement") per Rule 12(d); and

5. A motion to strike per Rule 12 (f) (a "Motion to Strike").

Defendant has not filed a motion to further extend the time to respond, and Plaintiff has not stipulated to an extension of time for Defendant to respond to the Complaint.

Defendant Sinaloence Food Products & Services, Inc. has therefore failed to plead or otherwise respond to the summons and complaint.

Defendant Sinaloence Food Products & Services, Inc. is neither a minor, an incompetent person or currently in military service.

This request is based on the attached Declaration of the Attorney for Plaintiff, Peter Shahriari.

Dated: April 7, 2022     **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:    /s/Peter Shahriari
       Peter Shahriari, Esq.
       Attorneys for Plaintiff George Jones