JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, | No.  CV 21-09948 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SINALOENCE FOOD PRODUCTS AND SERVICES, INC., and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's June 1, 2022 Minute Order denying the Motion for Default Judgment filed by plaintiff George Jones ("Plaintiff"), which dismissed Plaintiff's remaining federal claim for Plaintiff's lack of Article III standing, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: June 2, 2022

_____
Percy Anderson
United States District Judge